Gilbert R. **CHAVEZ**

v.

**UNITED STATES of America.**

No. 15248.

United States Court of Appeals, Fifth Circuit.

March 10, 1955.

Rehearing Denied April 19, 1955.

Cavett S. Binion, Asst. U. S. Atty., Ft. Worth, Tex., for appellee.

Before HOLMES and RIVES, Circuit Judges, and WRIGHT, District Judge.

PER CURIAM.

It is ordered that this appeal be, and the same hereby is, dismissed for want of prosecution, no record having been filed in this Court.